IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Civil Action No: Case 1:22-cv-00522-JHR-SCY

ROBERT VASQUEZ,

        Plaintiff,

-vs-

ALISHA TAFOYA-LUCERO, in her
Individual and official capacity, et al.,

        Defendants.

### FIRST MOTION TO AMEND COMPLAINT

COMES NOW, the above named Plaintiff, by and through his attorney of record, Anthony J. Ayala, Esq., and for his First Motion to Amend states:

1. That the Plaintiff has decided to withdraw several of the claims made in his original complaint with the tender of the first amendment complaint.

2. That the Defendants will not suffer prejudice by the Amended Complaint in that no discovery has begun and a Scheduling Conference has not been set.

1

3. The Federal Rules of Civil Procedure 15(a) indicates that leave to amend a complaint shall be "freely given when justice requires". Plaintiff wish to exclude several theories initially raised in their Complaint and justice requires that he be allowed to do so. In *Foman v. Davis,* 371 U.S. 178 (1962) the Supreme Court of the United States stated:

> "In the absence of any apparent or declared reason—such as delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendment previously allowed, undue prejudice to the opposing party by virtue of the allowance of the amendment, futility of amendment, etc.—the leave sought should, as the rules require, be "freely given."

4. Plaintiff through their counsel have contacted counsel for the Defendants Jason M. Burnett & Kari Cole, Attorneys for the Defendants, 11728 Linn Avenue N.E., Albuquerque, New Mexico 87123 (505) 292-9676 FAX (505) 275-1283 by e mail and they Have not responded and it is assumed that the Amended Complaint is objected to.

5. A copy of the Proposed First Amended Complaint is attached to this Motion and Plaintiffs' "Exhibit 1".

WHEREFORE, Plaintiff prays that the Court allow the Plaintiff leave to file his First Amended Complaint.

Respectfully submitted,

_____
Anthony J. Ayala, Esq.
Attorney for Plaintiff
601 Parkside Place S.E.
Albuquerque, N.M. 87123
(505) 344-0401
FAX (505) 268-2997
nmlawyerayala@gmail.com

## Certificate of Service

I, Anthony J. Ayala, Esq., hereby certify that e mailed a copy of the above Motion to Amend on this 5th day of August, 2022 to Mr. Jason M. Burnette & Kari Cole, Attorney for the Defendants, 11728 Linn Avenue N.E., Albuquerque, New Mexico 87123 (505) 292-9676, FAX (505) 275-1283.

_____
Anthony J. Ayala