IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ROBERT VASQUEZ,

Plaintiff,

vs.                                                                                  No. 1:22-cv-00522 MIS-SCY

NEW MEXICO DEPARTMENT OF
CORRECTIONS AND CORRECTIONS
OFFICERS SERVANDO ACOSTA,
ANGEL SANCHEZ, and ANDRES SANCHEZ
In their capacity as New Mexico
Department of Corrections Officers and
In their individual capacities, JANINE RODRIGUEZ,
in her capacity as New Mexico Department of
Corrections Grievance Officer and in her individual capacity and in her
individual and official capacity in charge of NMCD Grievance
Process, Including Appellate Process,

Defendants.

**ORDER GRANTING DEFENDANTS' MOTION TO EXTEND DEADLINE
TO FILE DEFENDANTS' RESPONSE TO PLAINTIFF'S
SECOND MOTION TO AMEND COMPLAINT**

THIS MATTER is before the Court on Defendants' *Motion to Extend Deadline to File Defendants' Response to Plaintiff's Second Motion to Amend Complaint* (Doc. 39). Plaintiff having informed Defendants and the Court that the Motion is unopposed on May 5, 2023, the Court FINDS the Motion to be well-taken, and for good cause shown, HEREBY ORDERS:

1. The deadline for Defendants' Response to Plaintiff's Second Motion to Amend Complaint [Doc. 38] is extended from May 5, 2023 to May 12, 2023.

IT IS SO ORDERED.

_____
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE

Submitted by:

*/s/ Lindsay Van Meter*
JASON M. BURNETTE
KARI COLE
LINDSAY VAN METER
Attorneys for Defendants New Mexico Corrections Dept., Servando Acosta, Angel Sanchez, Andres Sanchez, and Janine Rodriguez
11728 Linn Ave. NE
Albuquerque, NM 87123
(505) 292-9676
jason@germanassociates.com
kari@germanassociates.com
lindsay@germanassociates.com

and

*Approved by email 05/05/23*
By: Shavon Ayala, Esq.
Attorney for Plaintiff
601 Parkside Place S.E.
Albuquerque, NM 87123
(505) 344-0401
Fax (505) 268-2997
nmlawyerayala@gmail.com