IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ROBERT VASQUEZ,

    Plaintiff,

v.                                        Case No. 22-cv-00522-MIS-SCY

NEW MEXICO DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.

## ORDER TO SHOW CAUSE

This matter comes before the Court sua sponte. On May 15, 2025, the Court denied Plaintiff's Motion to Comply. Doc. 176. As part of that Order denying, the Court stated:

> Before the Court is the question of when Plaintiff's counsel must pay the $13,614.35 in sanctions that have been assessed against her. The answer to this question is, as soon as she has the means to pay all, or a part, of this sanction, she must do so. To monitor compliance with the Court's Order and to assess the ability of Plaintiff's counsel to pay, the Court further orders Plaintiff's counsel to file monthly reports that set forth her recent income and expenses. The first report is due no later than June 2, 2025. In that report, Plaintiff's counsel shall detail all income she has received since February 3, 2025, in an amount greater than $100, and all expenses she has incurred since February 3, 2025, in an amount greater than $100.

*Id.* at 1 (footnote omitted).

Plaintiff's counsel did not file the required report by June 2. Nor did Plaintiff's counsel represent that she has paid the sanctions in full. Therefore, the Court orders Plaintiff's counsel to file the report as ordered, and additionally to show cause in writing by June 11, 2025 as to her failure to meet this Court-ordered deadline. Plaintiff is warned that failure to comply with Court orders may result in the dismissal of this case with prejudice.

    **SO ORDERED.**

                                                                          UNITED STATES MAGISTRATE JUDGE